IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RODNEY SHANE FULGHAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 323-039 |
| ) | |
| WARDEN WHITE; DEPUTY WARDEN ) | |
| OF SECURITY MRS. STUART; DEPUTY ) | |
| WARDEN WILCOX; and UNIT ) | |
| MANAGER MRS. THOMAS, ) | |
| ) | |
| Defendants. ) | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, incarcerated at Telfair State Prison in Helena, Georgia, commenced the above-captioned case *pro se* and requested permission to proceed *in forma pauperis* ("IFP"). On May 17, 2023, the Court directed Plaintiff to amend his complaint and return his Prisoner Trust Fund Account Statement and Consent to Collection of Fees forms within thirty days and advised Plaintiff all prisoners, even those proceeding IFP, must pay the filing fee of $350.00 in full.  28 U.S.C. § 1915(b)(1).  (See doc. no. 3, pp. 1-3.)  Plaintiff was cautioned failure to respond would be an election to have this case voluntarily dismissed without prejudice.  (Id. at 6.)  The time to respond has passed, and Plaintiff has not submitted the IFP documents as required by the Court's May 17th Order.  In particular, Plaintiff did not return his Prisoner Trust Fund Account Statement and has not provided the Court with any explanation as to why he has not complied.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to collection of the entire $350.00 filing fee in installments.  Wilson v. Sargent, 313 F.3d 1315, 1319, 1321 (11th Cir. 2002) (citing 28 U.S.C. § 1915).  Plaintiff has been warned that failing to return the necessary IFP papers would be an election to have his case voluntarily dismissed.  As Plaintiff has neither fulfilled the requirements for proceeding IFP, nor paid the full filing fee, the Court **REPORTS** and **RECOMMENDS** this case be **DISMISSED** without prejudice and this civil action be **CLOSED**.

SO REPORTED and RECOMMENDED this 6th day of July, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA