IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| RODNEY SHANE FULGHAM, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 323-039 |
| WARDEN WHITE; DEPUTY WARDEN OF SECURITY MRS. STUART; DEPUTY WARDEN WILCOX; and UNIT MANAGER MRS. THOMAS, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 3rd day of August, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE