AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

RODNEY SHANE FULGHAM,

Plaintiff,

v.

WARDEN WHITE; DEPUTY WARDEN OF SECURITY MRS. STUART; DEPUTY WARDEN WILCOX; and UNIT MANAGER MRS. THOMAS,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV323-39

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated August 3, 2023, the Report and Recomendation of the Magistrate Judge is adopted as the opinion of the Court. Therefore, dismissing without prejudice this civil action. This case stands closed.



8/4/23
Date

John E. Triplett, Clerk of Court
Clerk

(By) Deputy Clerk

GAS Rev 10/2020